White Cross Hospital Assn., Appellant, *v.* Warren, County Aud., et al., Appellees.

(No. 39860—Decided March 30, 1966.)

*Messrs. Bricker, Evatt, Barton, Eckler & Niehoff* and *Mr. William R. Chadeayne,* for appellant.

Mr. C. Howard Johnson, prosecuting attorney, and Mr. William W. Holmes, for appellee Arch J. Warren, county auditor.

Mr. William B. Saxbe, attorney general, Mr. Edgar L. Lindley and Mr. John F. Casey, for appellee Board of Tax Appeals.

Per Curiam. The subject building is being used commercially. Cincinnati College v. State, 19 Ohio 110. The decision of the Board of Tax Appeals is affirmed on authority of Jewish Hospital Assn. of Cincinnati v. Board of Tax Appeals, 5 Ohio St. 2d 179.

Decision affirmed.

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.